**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **AMERICAN COMPONENTS MANUFACTURING & ENGINEERING, LLC** :<br>:<br>:<br>:<br>    **Plaintiff,** :<br>:<br>**v.** :<br>:<br>**BRUDERER MACHINERY, INC.,** :<br>:<br>    **Defendant.** :<br>: | **CIVIL ACTION**<br>**FILE NO. 1:23-cv-04161-VMC** |

**PLAINTIFF AMERICAN COMPONENTS MANUFACTURING ENGINEERING, LLC AND DEFENDANTS-IN-COUNTERCLAIM HAIRY & BAXTER, LLC, SPECIALTY CARTRIDGE, INC. JASON KOON AND JARRET GOKEY'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Plaintiff American Components Manufacturing & Engineering, LLC and Defendants-in-Counterclaim Hairy & Baxter, LLC, Specialty Cartridge, Inc. Jason Koon and Jarret Gokey, by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 7.1 and L.R. 87.1, hereby discloses as follows:

1.

The undersigned counsel of record for Plaintiff certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

1

a. American Components Manufacturing & Engineering, LLC

No parent corporation or any publicly held corporation owns 10% or more of American Components Manufacturing & Engineering, LLC's membership interests.

b. Bruderer Machinery, Inc.

c. Hairy and Baxter, LLC

No parent corporation or any publicly held corporation owns 10% or more of Hairy and Baxter, LLC's membership interests.

d. Specialty Cartridge, Inc.

No parent corporation or any publicly held corporation owns 10% or more of Specialty Cartridge, Inc.'s membership interests.

e. Jason Koon (individual)

f. Jarrett Gokey (individual)

2.

The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, and corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

a. None.

3.

The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

**Plaintiff and Defendant-in-Counterclaim American Components Manufacturing & Engineering, LLC:**
H. Michael Dever, Esq.
Hayes M. Dever, Jr., Esq.
Dame Law, PC
1867 Independence Square
Suite 201
Atlanta, GA 30338
Phone: (404) 236-8614
mdever@damelawpc.com
hdever@damelawpc.com

**Defendant and Plaintiff-in-Counterclaim Bruderer Machinery, Inc.:**
Graham E. McDonald, Esq.
Matthew R. Johnson, Esq.
Alexa L. Hirschfield, Esq.
O'DANIEL McDONALD, LLC
9040 Roswell Road, Suite 500
Atlanta, GA 30350-3939
codaniel@odmclaw.com
mjohnson@odmclaw.com
ahirschfield@odmclaw.com

Steven M. Kaplan, Esq.
KAPLAN LEVENSON P.C.
930 Sylvan Avenue
Suite 100
Englewood Cliffs, NJ 07632
smk@kaplev.com

**Defendants-in-Counterclaim Hairy & Baxter, LLC, Specialty Cartridge, Inc. Jason Koon and Jarret Gokey:**
H. Michael Dever, Esq.
Hayes M. Dever, Jr., Esq.
Dame Law, PC
1867 Independence Square
Suite 201
Atlanta, GA 30338
Phone: (404) 236-8614
mdever@damelawpc.com
hdever@damelawpc.com

          Respectfully submitted,
          DAME LAW, P.C.


         By:*/s/* H. Michael Dever
           H. Michael Dever
           Georgia Bar No. 219785
           mdever@damelawpc.com
           Hayes M. Dever, Jr.
           Georgia Bar No. 338488
           hdever@damelawpc.com

| | |
|---|---|
| 1867 Independence Square | Attorneys for Plaintiff |
| Suite 201 | American Components Manufacturing & |
| Atlanta, GA 30338 | Engineering, LLC and Defendants-in |
| (404) 236-8614 | Counterclaim Hairy & Baxter, LLC, |
| | Specialty Cartridge, Inc. Jason Koon and |
| | Jarret Gokey |

4

## **FONT CERTIFICATION**

In compliance with Local Rule 7.1(D), counsel for American Components Manufacturing & Engineering, LLC, Hairy & Baxter, LLC, Specialty Cartridge, Inc. Jason Koon and Jarret Gokey certifies that this filing was prepared using a font and point selection approved by the Court in Local Rule 5.1(B), Times New Roman 14.

                                          Respectfully submitted,
                                          DAME LAW, P.C.

                                          By:*/s/* H. Michael Dever
                                                  H. Michael Dever
                                                  Georgia Bar No. 219785
                                                  mdever@damelawpc.com
                                                  Hayes M. Dever, Jr.
                                                  Georgia Bar No. 338488
                                                  hdever@damelawpc.com

| | |
|---|---|
| 1867 Independence Square | Attorneys for Plaintiff |
| Suite 201 | American Components Manufacturing & |
| Atlanta, GA 30338 | Engineering, LLC and Defendants-in |
| (404) 236-8614 | Counterclaim Hairy & Baxter, LLC, |
| | Specialty Cartridge, Inc. Jason Koon and |
| | Jarret Gokey |

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AMERICAN COMPONENTS MANUFACTURING & ENGINEERING, LLC<br><br>Plaintiff,<br><br>v.<br><br>BRUDERER MACHINERY, INC.,<br><br>Defendant. | CIVIL ACTION<br>FILE NO. 1:23-cv-04161-VMC |

**CERTIFICATE OF SERVICE**

I hereby certify that, on October 2, 2023, the undersigned electronically filed the **PLAINTIFF AMERICAN COMPONENTS MANUFACTURING ENGINEERING, LLC AND DEFENDANTS-IN-COUNTERCLAIM HAIRY & BAXTER, LLC, SPECIALTY CARTRIDGE, INC. JASON KOON AND JARRET GOKEY'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** with the Clerk of Court using the CM/ECF system, which will automatically send email notifications to the following counsel of record:

Graham E. McDonald, Esq.
Matthew R. Johnson, Esq.
Alexa L. Hirschfield, Esq.
O'DANIEL McDONALD, LLC

9040 Roswell Road, Suite 500
Atlanta, GA 30350-3939
codaniel@odmclaw.com
mjohnson@odmclaw.com
ahirschfield@odmclaw.com


Steven M. Kaplan, Esq.
KAPLAN LEVENSON P.C.
930 Sylvan Avenue
Suite 100
Englewood Cliffs, NJ 07632
smk@kaplev.com

This the 2nd day of October, 2023.

                Respectfully submitted,
                DAME LAW, P.C.


                By:/s/ H. Michael Dever
                    H. Michael Dever
                    Georgia Bar No. 219785
                    mdever@damelawpc.com
                    Hayes M. Dever, Jr.
                    Georgia Bar No. 338488
                    hdever@damelawpc.com

1867 Independence Square     Attorneys for Plaintiff
Suite 201     American Components Manufacturing &
Atlanta, GA 30338     Engineering, LLC and Defendants-in
(404) 236-8614     Counterclaim Hairy & Baxter, LLC,
    Specialty Cartridge, Inc. Jason Koon and
    Jarret Gokey